Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Dallin Knecht, Esq.
Nevada State Bar No. 16263
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
dallinknecht@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRA MARIE JIMMERSON, individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALBERTSON'S LLC, DOES I through X, ) <br> inclusive; ROE BUSINESS ENTITIES XI ) <br> through XX, inclusive, ) <br> ) <br> Defendants. ) | **2:23−cv−00918−MMD−VCF** <br><br> **STIPULATION AND ORDER** |

Defendant Albertson's LLC ("*Albertson's*"), by and through its counsel of record BACKUS | BURDEN, and Plaintiff Ira Marie Jimmerson, by and through her counsel of record CAMERON LAW, hereby stipulate and agree that this matter should be remanded to the Eighth Judicial District Court, Clark County, Nevada.

. . .

. . .

. . .

. . .

. . .

. . .

This stipulation is made without prejudice to any party seeking to remove this action in the future.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: JUNE 30, 2023 | DATED: JUNE 30, 2023 |
| /s/ Kristian Kaskla | /s/ Dallin Knecht |
| DAVEN P. CAMERON, ESQ. | JACK P. BURDEN, ESQ. |
| Nevada Bar No. 14179 | Nevada State Bar No. 6918 |
| KRISTIAN T. KASKLA, ESQ. | DALLIN KNECHT, ESQ. |
| Nevada Bar No. 14553 | Nevada State Bar N0. 16263 |
| CAMERON LAW | BACKUS | BURDEN |

**IT IS SO ORDERED:**

DATED: July 3, 2023

_____

UNITED STATES DISTRICT COURT JUDGE

DATED this 30th day of June, 2023.

                Respectfully Submitted,
                **BACKUS | BURDEN**

By:    /s/ Dallin Knecht
                Jack P. Burden, Esq.
                Dallin Knecht, Esq.
                3050 South Durango Drive
                Las Vegas, NV 89117
                *Attorneys for Defendant Albertson's LLC*

BACKUS, BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

# CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On ___June 30___, 2023, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**CM/ECF MEANS:** by electronically filing and serving with the court's vendor.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

        /s/ Anne Raymundo  
        An employee of BACKUS | BURDEN

3